Jeremy T. Bergstrom, Esq.  E-filed on July 28, 2009
Attorney Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV 89052
(702) 369-5960 / FAX (702) 369-4955
File No. 09-93658

Attorneys for Secured Creditor
UNIVERSAL MORTGAGE CORPORATION

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEVADA**

| In Re, | BK No.: BK-S-09-18860-LBR |
|---|---|
| MONICA MARTINEZ, | Chapter 13 |
| Debtor(s). | **REQUEST FOR SPECIAL NOTICE** |

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, UNIVERSAL MORTGAGE CORPORATION, requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

    Jeremy T. Bergstrom, Esq.
    MILES, BAUER, BERGSTROM & WINTERS, LLP
    2200 Paseo Verde Pkwy., Suite 250
    Henderson, NV 89052
    PH (702) 369-5960

    MILES, BAUER, BERGSTROM & WINTERS, LLP

Dated: July 27, 2009   By:   /s/ Jeremy T. Bergstrom, Esq.
                                    Jeremy T. Bergstrom, Esq.
                                    Attorney for Secured Creditor

1

**CERTIFICATE OF MAILING**

The undersigned hereby certifies that on   July 28, 2009   , a copy of the **Request for Special Notice** was mailed to all interested parties in this proceeding by placing a true and correct copy thereof enclosed in a sealed envelope with postage pre-paid in the United States Mail, addressed as follows:

<u>ATTORNEY FOR DEBTOR</u>:
Ellen G. Stoebling
3085 E. Russell Road, Suite F
Las Vegas, NV  89120

<u>CHAPTER 13 TRUSTEE</u>:
Kathleen A. Leavitt
201 Las Vegas Blvd. South, Suite 200
Las Vegas, NV  89101

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

      /s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

**(09-93658/rfsnlv.dot/mlb)**

2