**Entered on Docket**
**September 29, 2009**

_____
**Hon. Linda B. Riegle**
**United States Bankruptcy Judge**

Jeremy T. Bergstrom, Esq.
Nevada Bar No. 6904
MILES, BAUER, BERGSTROM & WINTERS, LLP
2200 Paseo Verde Pkwy., Suite 250
Henderson, NV  89052
(702) 369-5960 / FAX (702) 369-4955
E-mail: jbergstrom@mileslegal.com
File No. 09-93658

Attorneys for Secured Creditor,
UNIVERSAL MORTGAGE CORPORATION

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| In re:<br><br>MONICA MARTINEZ,<br><br><br>Debtor. | Case No.: BK-S-09-18860-LBR<br>Chapter 13<br><br>**ORDER ANNULLING THE AUTOMATIC STAY AND VALIDATING SALE**<br><br>Date:  September 2, 2009<br>Time:  10:30 A.M. |

    The Motion for Relief having been properly served, with no opposition filed herein, the Court makes its Order as follows:

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED that the Automatic Stay in the above-entitled Bankruptcy case is hereby ANNULLED in favor of Secured Creditor, UNIVERSAL MORTGAGE CORPORATION, as it pertains to the following described

1

property: 7725 Seagull Avenue, Las Vegas, NV 89145 ("Property" herein) and legally described as follows:

> LOT FOUR (4) IN BLOCK ONE (1) OF FORESTCREST UNIT #2, AS SHOWN BY MAP THEREOF ON FILE IN BOOK 34 OF PLATS, PAGE 80, IN THE OFFICE OF THE COUNTY RECORDER OF CLARK COUNTY, NEVADA. APN: 138-33-710-021

IT IS FURTHER ORDERED, ADJUDGED AND DECREED that the sale of the Property held on May 21, 2009 is deemed valid.

IT IS SO ORDERED.

Submitted by:

DATED: September 3, 2009          By: /s/ Jeremy T. Bergstrom, Esq.
                                  Jeremy T. Bergstrom, Esq.
                                  Attorney for Secured Creditor
                                  UNIVERSAL MORTGAGE CORPORATION

APPROVED/DISAPPROVED

DATED:_____

                                  _____
                                  KATHLEEN A. LEAVITT
                                  Chapter 13 Trustee

(09-93658/nvots.dot/mlb)

2

**ALTERNATIVE METHOD re: RULE 9021:**

In accordance with Local Rule 9021, the undersigned certifies:

\_\_\_\_ The court waived the requirements of approval under LR 9021.

_X_ No parties appeared or filed written objections.

_X_ I have delivered a copy of this proposed order to all counsel who appeared at the hearing, any unrepresented parties who appeared at the hearing, and any trustee appointed in this case, and each has approved or disapproved the order, or failed to respond, as indicated below:

| | APPROVED | DISAPPROVED | NO RESPONSE |
|---|---|---|---|
| CHAPTER 13 TRUSTEE:<br>Kathleen A. Leavitt<br>201 Las Vegas Blvd S. Ste. 200<br>Las Vegas, NV 89101 | | | X |

I declare under penalty of perjury under the laws of the State of Nevada that the foregoing is true and correct.

/s/ Michelle L. Benson
An Employee of Miles, Bauer, Bergstrom & Winters, LLP

###

3